Opinion issued January 17, 2008









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00479-CV

____________


DIMITRIOS CHRISTIE AND PETER PETROUTSAS, Appellants


V.


TEXAS SHIPPING COMPANY, LTD. AND LEWIS PAPPAS, Appellees






On Appeal from the 215th District Court

Harris County, Texas

Trial Court Cause No. 2000-17747






MEMORANDUM OPINION

 Appellant, Dimitrios Christie, has filed a motion to dismiss the appeal on the
ground that there is not yet an appealable final judgment. We ordered the motion
carried with the case, but also ordered the parties, by a date certain, to brief the issue
of whether the case should be dismissed for want of jurisdiction based on the lack of
a final appealable judgment. The date certain has passed. Appellants have filed
briefs in support of the motion to dismiss. Appellees, Texas Shipping Company, Ltd.
and Lewis Pappas, have filed no responsive briefing.

 The record shows that there is no final judgment. The general rule, with
exceptions not applicable here, is that an appeal may be taken only from a final
judgment. Lehmann v. Har-Con Corp., 29 S.W.3d 191, 195 (Tex. 2000). 
Accordingly, we grant appellant's motion to dismiss the appeal for want of
jurisdiction. All other pending motions in this appeal are overruled as moot. The
Clerk is directed to issue mandate within 10 days of the date of this opinion. Tex. R.
App. P. 18.1.

PER CURIAM

Panel consists of Justices Nuchia, Hanks, and Higley.